1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10
11  GRACE MILES,                      No. 2:08-cv-02575-MCE-DAD
12           Plaintiff,
13       v.                           **NON RELATED CASE ORDER**
14  ROYCE LEE MAKISHIMA, et al.,
15           Defendants.
    _____/
16
    GRACE MILES,                      No. 2:08-cv-01062-JAM
17
             Appellant,
18
         v.
19
    ROYCE LEE MAKISHIMA, et al.,
20
             Appellees.
21  _____/
22  GRACE MILES,                      No. 2:08-cv-03170-WBS
23           Appellant,
24       v.
25  ROYCE LEE MAKISHIMA, et al.,
26           Appellees.
    _____/
27
28  ///

1

The court has received the Notice of Related Cases concerning the above-captioned cases filed January 7, 2009.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997).  The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

Dated: January 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE